FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jan 21, 2026

SEAN F. McAVOY, CLERK

*AUSA Assigned: MJE*

*County of Investigation: Okanogan*

*In Re: Affidavit for Criminal Complaint charging Christopher Peoples with Domestic Assault by an Habitual Offender in Indian Country, in violation of 18 U.S.C. § 117.*

## AFFIDAVIT

STATE OF WASHINGTON   )
                                 ) ss
County of Spokane             )

### INTRODUCTION AND AGENT BACKGROUND

1.      I, Christian Parker, Special Agent, being first duly sworn on oath, depose and state the following:

2.      Your affiant is a Special Agent (SA) for the Federal Bureau of Investigation. This affidavit is in support of a Criminal Complaint charging Christopher PEOPLES with Domestic Assault by an Habitual Offender in Indian Country, in violation of 18 U.S.C. § 117.

3.      I have been a Special Agent with the Federal Bureau of Investigation ("FBI") since February 2004 and am currently assigned to the Seattle, Washington, FBI Field Office and specifically, to the Spokane, Washington, Resident Agency since July 2014.  I was previously assigned to the FBI's Dallas Field Office and the Human Resources Division and Criminal Investigative Division at FBI Headquarters.  One of my primary responsibilities is the investigation of violations of federal criminal law including, but not limited to, violent crime and white-collar crime.  I am a Certified Public Accountant and receive annual continuing professional education training related to accounting.  I also receive ongoing training on various federal criminal matters through internal training provided by the FBI.

**4.** Your affiant is "an investigative or law enforcement officer of the United States" within the meaning of Section 2510 (7) of Title 18, United States Code. Your affiant is, therefore, an officer of the United States who is empowered by law to conduct investigations of, and to make arrests for, the offenses enumerated in Title 18, United States Code.

**5.** This affidavit does not contain all of the information known to your affiant or to law enforcement regarding this investigation, but rather contains only those facts believed to be necessary to support the criminal complaint. Your affiant has personally participated in this investigation and the following information is derived from my personal observations, review of official documents, and information provided by other sworn law enforcement officers.

## STATEMENT OF PROBABLE CAUSE

**6.** Your affiant has received and reviewed information and reports from the Colville Tribal Police Department. Per the reports, on November 30, 2025, an officer with the Colville Tribal Police Department was dispatched to a location in Keller, Washington to speak to C.N. C.N. had called dispatch and reported that her intimate partner and person with whom C.N. shares children in common, Christopher PEOPLES, had threatened and hit her.

**7.** When contacted, C.N. stated that, during an argument in their shared residence, PEOPLES had grabbed her neck with his hand. When C.N. was able to break his grip, PEOPLES took her to the ground. When PEOPLES was on top of her, their son started hitting PEOPLES with the cardboard tube from Christmas wrapping paper in an attempt to stop PEOPLES. C.N. said that during the altercation she was also struck on the left side of her face and bit. PEOPLES then started loading a firearm and C.N. shut herself in a bedroom. After PEOPLES kicked the door open, C.N. took her kids and ran around PEOPLES out of the house.

**8.**    The officer observed injuries on C.N.'s person to include a swollen bottom lip, swollen check, a bite mark on her left arm, and a small bruise on the center of her neck where C.N. said she was choked.

**9.**    Your Affiant has been provided documentation concerning PEOPLES' criminal history before the Tribal Court of the Confederated Tribes of the Colville Indian Reservation. On January 25, 2017, PEOPLES was sentenced for two counts of Assault – Domestic Violence in violation of the Colville Tribal Law and Order Code under Case No. CR-2016-39207. C.N., then PEOPLES' intimate partner, was the victim of one count. The assaults took place on November 21, 2016. Separately, on January 25, 2017, PEOPLES was sentenced for Battery – Domestic Violence in violation of the Colville Tribal Law and Order Code under Case No. CR-2017-40000. C.N., then PEOPLES' intimate partner, was the victim. The assault took place on December 29, 2016. Your Affiant accordingly believes that probable cause exists to believe that, prior to November 30, 2025, PEOPLES had been convicted on two separate prior occasions in Indian tribal court proceedings for assault offenses against an intimate partner.

**10.**    C.N. and PEOPLES' residence – where the assault occurred – is within the external boundaries of the Colville Indian Reservation, in Indian Country.

//
//
//
//
//
//
//

## **CONCLUSION**

11.     Based upon the information above and my knowledge and experience, there is probable cause to believe Christpher Peoples violated 18 U.S.C. § 117 (Domestic Assault by an Habitual Offender in Indian Country).

_____

Christian Parker, Special Agent
Federal Bureau of Investigation

SUBSCRIBED AND SWORN to telephonically and electronically before me this 21st day of January, 2026.

_____

James A. Goeke
United States Magistrate Judge