FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Feb 04, 2026

SEAN F. McAVOY, CLERK

Todd Blanche
Deputy Attorney General of the United States
Michael J. Ellis
Assistant United States Attorney
Eastern District of Washington
Post Office Box 1494
Spokane, WA 99210-1494
Telephone: (509) 353-2767

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CHRISTOPHER PEOPLES,<br><br>Defendant. | Case No.  2:26-CR-16-MKD<br><br>INDICTMENT<br><br>Vios: 18 U.S.C. §§ 113(a)(6), 1153<br>Assault Resulting in Serious Bodily Injury in Indian Country<br>(Count 1)<br><br>18 U.S.C. § 117<br>Domestic Assault by a Habitual Offender in Indian Country, Resulting in Substantial Injury<br>(Count 2)<br><br>18 U.S.C. §§ 113(a)(8), 1153<br>Assault of an Intimate or Dating Partner by Strangling or Attempting to Strangle in Indian Country<br>(Count 3) |

INDICTMENT – 1

18 U.S.C. § 117
Domestic Assault by a
Habitual Offender in Indian
Country
(Count 4)

18 U.S.C. §§ 922(g)(9),
924(a)(8)
Person Convicted of a
Misdemeanor Crime of
Domestic Violence in
Possession of Firearms
(Count 5)

18 U.S.C. § 924(d)(1);
28 U.S.C. § 2461(c)
Forfeiture Allegations

The Grand Jury charges:

## COUNT 1

On or about October 13, 2024, in the Eastern District of Washington, within the external boundaries of the Colville Indian Reservation, in Indian Country, the Defendant, CHRISTOPHER PEOPLES, an Indian, did assault C.N., resulting in serious bodily injury to C.N., all in violation of 18 U.S.C. §§ 113(a)(6), 1153.

## COUNT 2

On or about October 13, 2024, in the Eastern District of Washington, within the external boundaries of the Colville Indian Reservation, in Indian Country, the Defendant, CHRISTOPHER PEOPLES, having previously been convicted on at least two separate prior occasions in Federal, State, or Indian tribal court proceedings for offenses that would be, if subject to Federal jurisdiction, any assault, sexual abuse, or serious violent felony against a spouse or intimate partner, did intentionally commit a domestic assault against C.N., resulting in substantial bodily injury to C.N., all in violation of 18 U.S.C. § 117.

INDICTMENT – 2

## COUNT 3

On or about November 30, 2025, in the Eastern District of Washington, within the external boundaries of the Colville Indian Reservation, in Indian Country, the Defendant, CHRISTOPHER PEOPLES, an Indian, did intentionally assault C.N., the Defendant's intimate partner and dating partner, by strangling and attempting to strangle C.N., all in violation of 18 U.S.C. §§ 113(a)(8), 1153.

## COUNT 4

On or about November 30, 2025, in the Eastern District of Washington, within the external boundaries of the Colville Indian Reservation, in Indian Country, the Defendant, CHRISTOPHER PEOPLES, having previously been convicted on at least two separate prior occasions in Federal, State, or Indian tribal court proceedings for offenses that would be, if subject to Federal jurisdiction, any assault, sexual abuse, or serious violent felony against a spouse or intimate partner, did intentionally commit a domestic assault against C.N., all in violation of 18 U.S.C. § 117.

## COUNT 5

On or about November 30, 2025, in the Eastern District of Washington, the Defendant, CHRISTOPHER PEOPLES, knowing of his status as a person previously convicted of a misdemeanor crime of domestic violence, did knowingly possess, in and affecting commerce, firearms, to wit:

- a Davey Cricket .22 caliber rifle, bearing serial number 100675; and
- a Remington, Model 770 rifle, bearing serial number 71477218,

which firearms had theretofore been shipped and transported in interstate and foreign commerce, in violation of 18 U.S.C. §§ 922(g)(9), 924(a)(8).

## NOTICE OF CRIMINAL FORFEITURE ALLEGATION

The allegations contained in this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeitures.

INDICTMENT – 3

Pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c), upon conviction for an offense in violation of 18 U.S.C. §§ 922(g)(9), 924(a)(8), as charged in Count 5, the Defendant, CHRISTOPHER PEOPLES, shall forfeit to the United States of America any firearm or ammunition involved or used in the commission of the offense, including, but not limited to:

- a Davey Cricket .22 caliber rifle, bearing serial number 100675; and
- a Remington, Model 770 rifle, bearing serial number 71477218.

DATED this _4_ day of February, 2026.



Todd Blanche
Deputy Attorney General of the United States

Alison L. Gregoire
Criminal Chief

Michael J. Ellis
Assistant United States Attorney

INDICTMENT – 4